374 A.2d 535
Richard A. TILGHMAN, Appellant,
v.
COMMONWEALTH of Pennsylvania
and
Harristown Development Corporation
and
Milton J. Shapp, Governor of the Common-
wealth of Pennsylvania
and
Ronald G. Lench, Secretary of the Department of
General Services of the Commonwealth
of Pennsylvania
and
Grace M. Sloan, Treasurer of the Common-
wealth of Pennsylvania,
Appellees.

Supreme Court of Pennsylvania.

Argued May 23, 1977.

Decided June 22, 1977.

Thomas L. Wenger, Stephen C. MacNett, Harrisburg, for appellant.

Robert P. Kane, Atty. Gen., Theodore A. Adler, Chief Counsel, Dept. of General Services, Harrisburg, for appellees, Commonwealth, Shapp, Lench and Sloan.

Francis B. Haas, Jr., McNees, Wallace & Nurick, Harrisburg, Joseph B. Sturgis, Saul, Ewing, Remick & Saul, Philadelphia, for appellee, Harristown Development Corp.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM:
Decree affirmed.
Each party to pay own costs.